Spero Electric Corporation, Appellant, v. P. H. Wilson, Trading as Forest City Electric Supply Company, Appellee.

Gen. No. 10,101.

opinion filed March 5, 1947; released for publication March 24, 1947. Andrews, Essington & Barrick, for appellant; A. V. Essington, of counsel; Large, Reno & Zahm, for appellee; Ralph S. Zahm, of counsel. Opinion by JUSTICE DOVE. **Not to be published in full.**